# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **EARL CARLOS** | **CIVIL ACTION NO. 3:17-0552** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **LOUISIANA PLASTIC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Magistrate Judge's Report and Recommendation, adopted by this Court, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED that the Court has construed Plaintiff Earl Carlos's ("Carlos") objections as a motion for leave to amend his Complaint, and that motion is GRANTED IN PART and DENIED IN PART. To the extent that Carlos moves the Court to amend his Complaint to assert claims against Defendant Louisiana Plastic Converting Company under the Americans with Disabilities Act ("ADA") and the Louisiana Employment Discrimination Law ("LEDL"), his motion is GRANTED, and his objections serve as an amendment to the Complaint. To the extent that Carlos moves to assert ADA and LEDL claims against the individual Defendants, his motion is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Carlos's claims against all Defendants under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE. Individual Defendants Roy Wilhite, Jason Snell, Joe Gardener, and Glen Ford are DISMISSED from this case.

IT IS FURTHER ORDERED that this matter is REFERRED to Magistrate Judge Hayes for

further proceedings consistent with this Judgment, including further orders for clarification or amendment by Carlos, if she deems such appropriate.

MONROE, LOUISIANA, this 5th day of September, 2017

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE