UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| EARL CARLOS | * | CIVIL ACTION NO. 17-0552 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| LOUISIANA PLASTIC, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA,** this 3rd day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT